UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61479-CIV-HUCK/O'SULLIVAN

DONNA HILL,

    Plaintiff,

v.

LAZAROU ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation (D.E. # 111) by the Honorable John J. O'Sullivan, United States Magistrate Judge, filed February 18, 2011, recommending that Defendant's Motion to Dismiss Counts III and IV of Second Amended Complaint (D.E. # 55) and Plaintiff's Motion to Dismiss the Defendant's Amended Counterclaim (D.E. # 64) be granted in part and denied in part. Defendant and Plaintiff each filed objections to the Report and Recommendation (D.E. # 113 & D.E. # 126, respectively). The Court reviewed *de novo* the Report and Recommendation, the parties' objections, the pertinent portions of the record, and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the Report and overrules Defendant's and Plaintiff's objections. For the reasons stated in Judge O'Sullivan's Report, Defendant's Motion to Dismiss Counts III and IV of the Second Amended Complaint is GRANTED IN PART AND DENIED IN PART and Plaintiff's retaliation claim under the Florida Civil Rights Act is dismissed with prejudice. Further, Plaintiff's Motion to Dismiss the Defendant's Amended Counterclaim is also GRANTED IN PART AND DENIED IN PART and Defendant's breach of contract counterclaim is dismissed with prejudice.

DONE AND ORDERED in Chambers, Miami, Florida, March 8, 2011.

                                            Paul C. Huck
                                            United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
Counsel of Record