UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61479-CIV-HUCK/O'SULLIVAN

DONNA HILL,

Plaintiff,

v.

LAZAROU ENTERPRISES, INC.,

Defendant.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation (D.E. # 98) by the

Honorable John J. O'Sullivan, United States Magistrate Judge, filed January 31, 2011,

recommending that Defendant's request for dismissal contained in Defendant's Motion for Sanctions

(D.E. # 63) be denied. The Defendant has not filed objections to the Report and Recommendation.

The Court reviewed *de novo* the Report and Recommendation, the pertinent portions of the record,

and is otherwise duly advised. Accordingly, it is hereby

ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the

Report. Defendant's request for dismissal of Plaintiff's claims contained in its Motion for Sanctions

is DENIED. As stated in Judge O'Sullivan's Report, the facts alleged in support of Defendant's

Motion for Sanctions do not support dismissal of Plaintiff's claims.

DONE AND ORDERED in Chambers, Miami, Florida, March 9, 2011.

Paul C. Huck
United States District Judge

Copies furnished to:
Magistrate Judge John J. O'Sullivan
Counsel of Record