UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61479-CIV-HUCK/O'SULLIVAN

DONNA HILL,

    Plaintiff,

v.

LAZAROU ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on a Report and Recommendation (D.E. # 139) by the Honorable John J. O'Sullivan, United States Magistrate Judge, filed March 17, 2011, recommending that Defendant's Motion for Summary Judgment (D.E. # 71, filed December 7, 2010) and Plaintiff's Motion for Summary Judgment as to Liability (D.E. # 90, filed January 11, 2011) be denied. Defendant and Plaintiff each filed objections to the Report and Recommendation (D.E. # 144 & D.E. # 143, respectively). The Court reviewed *de novo* the Report and Recommendation, the parties' objections, the pertinent portions of the record, and is otherwise duly advised. Accordingly, it is hereby

ORDERED that Defendant's and Plaintiff's objections are overruled and the Court adopts the findings of fact and conclusions of law as stated in the Report. For the reasons stated in Judge O'Sullivan's Report, genuine issues of material fact preclude summary judgment, and, accordingly, Defendant's Motion for Summary Judgment (D.E. # 71, filed December 7, 2010) and Plaintiff's Motion for Summary Judgment as to Liability (D.E. # 90, filed January 11, 2011) are both DENIED in their entirety.

DONE AND ORDERED in Chambers, Miami, Florida, April 5, 2011.

Paul C. Huck
United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
Counsel of Record