UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-61479-CIV-HUCK/O'SULLIVAN

DONNA HILL,

    Plaintiff,

v.

LAZAROU ENTERPRISES, INC.,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

    This matter is before the Court on a Report and Recommendation (D.E. # 140) by the Honorable John J. O'Sullivan, United States Magistrate Judge, filed March 21, 2011, recommending that Plaintiff Donna Hill's and Counsel's Motion for Relief from Final Order (D.E. # 115) be granted. No objections to Judge O'Sullivan's Report have been filed. The Court reviewed *de novo* the Report and Recommendation, the pertinent portions of the record, and is otherwise duly advised. Accordingly, it is hereby

    ORDERED that the Court adopts the findings of fact and conclusions of law as stated in the Report. Plaintiff Donna Hill's and Counsel's Motion for Relief from Final Order (D.E. # 115) is granted and the parties' requests for additional sanctions are denied. Further, pursuant to Judge O'Sullivan's recommendation, the Court hereby relieves Plaintiff and her Counsel of sanctions for failing to admit Request for Admission No. 32.

    DONE AND ORDERED in Chambers, Miami, Florida, April 12, 2011.

                                                  Paul C. Huck
                                                 United States District Judge

**Copies furnished to:**
Magistrate Judge John J. O'Sullivan
Counsel of Record